

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00255-CV

**INDUSTRIAL SCREW CONVEYORS, INC.,**

                           **Appellant**

 **v.**

**CHRISTOPHER CASTILLO,**

                           **Appellee**

---

**From the 413th District Court**
**Johnson County, Texas**
**Trial Court No. DC-C201600571**

---

## MEMORANDUM OPINION

---

Appellant Industrial Screw Conveyors, Inc., has notified this Court that it filed a bankruptcy proceeding on February 7, 2023. *See* TEX. R. APP. P. 8.1. Further action in this appeal has been automatically stayed. *See* 11 U.S.C. § 362.

For administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion. TEX. R. APP. P. 8.2. It may be reinstated on motion of any party showing that the stay has been lifted or modified and specifying what action, if any, is required from this Court upon reinstatement of the appeal. TEX. R. APP. P. 8.3.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.


MATT JOHNSON
Justice


Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal suspended; administratively closed
Opinion delivered and filed March 8, 2023
[CV06]

